# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAMUEL PEREZ, | Case No. 2:16-CV-1917-APG-NJK |
| Plaintiff, | |
| v. | **ORDER CLOSING CASE** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

    Based on the parties' Stipulation, the parties have agreed to resolve this dispute through binding arbitration. ECF No. 15. Thus, there is nothing left for this court to do regarding this dispute, and there is no need to stay these proceedings. Accordingly, this case is hereby dismissed and the clerk is directed to close the file.

    Dated: October 24, 2016.

                                                        ANDREW P. GORDON
                                                        UNITED STATES DISTRICT JUDGE